U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 27 2014

TONY R. M_____ CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DAVID BOYD, a/k/a DAVID E. BOYD, JR., #305579 | CIVIL ACTION NO. 2:12-cv-2664 |
| VERSUS | SECTION P |
| | JUDGE DONALD E. WALTER |
| ROBERT HENDERSON, ET AL | MAGISTRATE JUDGE KAY |

### AMENDED JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 14], and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. 14] is **ADOPTED** and Plaintiff's Complaint be **DISMISSED WITH PREJUDICE.**

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** this 27 day of May 2014, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE